# GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1030 Atlantic Avenue
ATLANTIC CITY, NEW JERSEY 08401
http://www.gmslaw.com
TAX ID #22-1980737

---

(609) 344-7131
FAX (609) 347-6024

MICHAEL J. MACKLER, ESQUIRE
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
*Direct Line (609) 344-7132 ext. 285*

**NORTHFIELD OFFICE**
660 NEW ROAD, SUITE 1-A
NORTHFIELD, NJ 08225
(609) 646-0222
FAX
(609) 646-0887

**RIO GRANDE OFFICE**
THE HERALD BUILDING
1508 ROUTE 47 SOUTH, SUITE 3
RIO GRANDE, NJ 08242
(609) 886-4333
FAX
(609) 886-9441

**GALLOWAY OFFICE**
RISLEY SQUARE, SUITE 203
319 E. JIMMIE LEEDS ROAD
GALLOWAY, NJ 08205
(609) 404-0661
FAX
(609) 404-1886

PLEASE REPLY TO
**ATLANTIC CITY**

March 19, 2010

Clerk, United States District Court
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

*Re: Irizarry v Moon Palace Hotel, et al*
*Civil Action Number: 09-5073 (NLH)(ADM)*

Dear Sir/Madam:

Please be advises that this matter has been resolved between all parties.

Thank you.

Very truly yours,

MICHAEL J. MACKLER

MJM:cj